UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR284 ERW NAB |
| ) | |
| MILTON OHLSEN, III, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Extend Time to File Pretrial Motions and Continue the Evidentiary Hearing [Doc. #92] filed on April 27, 2012. In support of the Motion Defendant stated:

1. Counsel has been in a trial that has consumed the past several weeks which counsel intended to devote in preparation for this case.
2. Co-counsel for defendant has spent the last sixty days preparing a memoranda and pretrial motions in two other complex matters.

Defendant requested that the pretrial motion deadline be continued for fourteen days and the evidentiary hearing be continued.

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time to File Pretrial Motions and Continue the Evidentiary Hearing [Doc. #92] is **GRANTED.** Defendant shall have to and including **May 11, 2012** to file any pretrial motions or waiver of motions. The government shall have until **May 18, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **May 14, 2012** shall be continued until **June 1, 2012 at 9:00 a.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

        /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of May, 2012.